UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CURTIS WILLIAMS,

          Plaintiff

v.                                                        Case No: 5:21-cv-52-Oc-SPC-PRL

FLORIDA DEPARTMENT
OF CORRECTIONS,

          Defendant.
_____/

## **OPINION AND ORDER**[1]

This matter comes before the Court on Plaintiff Curtis Williams' *pro se* civil rights complaint. (Doc. 1). On February 11, 2021, the Court ordered plaintiff to file, within 21 days, an amended complaint on the Court's form and to file the appropriate forms to supplement his motion to proceed *in forma pauperis*. (Doc. 10). By Order dated April 14, 2021, the Court ordered Plaintiff to show cause why his case should not be dismissed for failure to comply with a Court order. (Doc. 12).

To date, Plaintiff has failed to respond. He has filed no papers in this case since February 16, 2021. (Doc. 11). It appears that Plaintiff has

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

abandoned his case. See Local Rule 3.10 ("A plaintiff's failure to prosecute diligently can result in dismissal if the plaintiff in response to an order to show cause fails to demonstrate due diligence and just cause for delay.)

Accordingly, it is

**ORDERED**:

(1) The above-captioned case is **DISMISSED without prejudice** for failure to comply with a Court order and failure to prosecute.

(2) The Clerk is **DIRECTED** to deny as moot any pending motions and close the file.

**DONE AND ORDERED** in Fort Myers, Florida on May 27, 2021.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to: All Parties of Record